Zachary T. Ball, Esq.
Nevada Bar No. 8364
FIDELITY NATIONAL LAW GROUP
3980 Howard Hughes Parkway, Suite 230
Las Vegas, Nevada 89169
Telephone: (702) 667-3000
Fax: (702) 697-2020
Email: zachary.ball@fnf.com
Attorneys for Defendants *Ticor Title of Nevada, Inc.*
and *Stanley S. Silva*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD C. LAIR JR. and CARIE L. LAIR, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; UNITED TITLE OF NEVADA; NATIONAL DEFAULT SERVICING CORPORATION; WELLS FARGO BANK N.A., FKA WELLS FARGO HOME MORTGAGE INC., F/K/A NORWEST MORTGAGE INC.; LSI TITLE COMPANY-NV; TICOR TITLE, a Nevada Corporation; STANLEY S. SILVA; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, partnerships, or anyone claiming any interest to the property described in the action,<br><br>Defendants. | Case No. 3:11-cv-00399-RCJ-VPC |

### DEFENDANTS TICOR TITLE OF NEVADA, INC. AND STANLEY S. SILVA'S CERTIFICATE OF INTERESTED PARTIES

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

COME NOW, Defendants, STANLEY S. SILVA and TICOR TILE OF NEVADA, INC. (hereinafter "Ticor Defendants"), by and through their counsel of record, Zachary T. Ball, Esq., and hereby submit the following certification:

The undersigned, counsel of record for the Ticor Defendants, certifies that the following have an interest in the outcome of this case:

Ticor Title of Nevada, Inc., a Nevada corporation, is a wholly-owned subsidiary of

1  ANFI, LLC, a California limited liability company.  ANFI, LLC is a wholly-owned subsidiary of
2  Fidelity National Title Group, Inc., a Delaware corporation.  Fidelity National Title Group, Inc.
3  is a wholly-owned subsidiary of Fidelity National Financial, Inc., a Delaware corporation.
4  Fidelity National Financial, Inc. is a publicly-traded holding company.

5   These representations are made to enable judges of the Court to evaluate possible
6  disqualification or recusal.

7   DATED this 24th day of June, 2011.   FIDELITY NATIONAL LAW GROUP

9    /s/   Zachary T. Ball, Esq.
    Zachary T. Ball, Esq.
10   Nevada Bar No. 8364
    3980 Howard Hughes Parkway, Suite 230
11   Las Vegas, Nevada 89169
    Attorneys for Defendants *Ticor Title of*
12   *Nevada, Inc. and Stanley S. Silva*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **DEFENDANTS TICOR TITLE OF NEVADA, INC. AND STANLEY S. SILVA'S CERTIFICATE OF INTERESTED PARTIES** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties listed as CM/ECF registrants, or to the following non-registrants by U.S. Mail, on the date below shown.

| | |
|---|---|
| Rick Lawton, Esq. | Cynthia Alexander, Esq. |
| 1460 Hwy 95A, North #1 | Justin R. Cochran, Esq. |
| Fernley, NV  89408 | Snell & Wilmer LLP |
| Attorney for *Plaintiff* | 3883 Howard Hughes Pkwy., Ste. 1100 |
| | Las Vegas, Nevada 89169 |
| | Attorneys for *Wells Fargo Bank N.A.* |

**DATED**:  June 24, 2011         Jennifer O'Brien
               An employee of Fidelity National Law Group

**Fidelity National Law Group**
3980 H. Hughes Pkwy, #230
Las Vegas, Nevada 89169
(702) 667-3000